

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00187-CR

Troy Allen **TIMMINS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR16-153
Honorable M. Rex Emerson, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment is MODIFIED to delete the assessment of attorney's fees, and the trial court's judgment is AFFIRMED AS MODIFIED.

SIGNED July 18, 2018.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice